UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLENE SMITH, et al., | No. 2:15-cv-2333 KJM AC (PS) |
| Plaintiffs, | |
| v. | ORDER |
| VICKI ASHWORTH, | |
| Defendant. | |

Plaintiffs, proceeding in this action pro se, have requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis ("IFP").  This proceeding was referred to this court by Local Rule 302(c)(21).

Plaintiff Jolene Smith has submitted the affidavit required by § 1915(a) showing that she is unable to prepay fees and costs or give security for them.  Accordingly, her request to proceed in forma pauperis will be granted.

However, plaintiffs are advised that each plaintiff must file his or her own separate application to proceed in forma pauperis, since filing fees must be paid unless each plaintiff applies for and is granted leave to proceed in forma pauperis.  Therefore, the remaining three named plaintiffs must each file a separate application to proceed in forma pauperis.  The complaint will be screened under 28 U.S.C. § 1915(e), once the IFP status of the remaining plaintiffs has been resolved.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff Jolene Smith's application to proceed in forma pauperis (ECF No. 2), is GRANTED.

2. (a) Each named plaintiff (other than Jolene Smith), shall submit, within twenty days from the date of this order, a completed application and affidavit in support of his or her request to proceed in forma pauperis on the form provided by the Clerk of Court, or (b) plaintiffs must pay the appropriate filing fee.  Plaintiffs' failure to comply with this order will result in a recommendation that this action be dismissed without prejudice as to the remaining three named plaintiffs.

3. The Clerk of the Court is directed to send plaintiffs three (3) new Applications to Proceed In Forma Pauperis.

DATED: December 3, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE